JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

BENJAMIN P. TOLKOFF (NYB 4294443)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7296
    Facsimile: (415) 436-7234
    Benjamin.Tolkoff@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 09-1145 JSW |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER FED. R. CRIM. P. 5.1 and 18 U.S.C. § 3161 |
| v. | |
| TEMMY EDIA, | |
| Defendant. | |

On December 16, 2009, the parties in this case appeared before the Court for the defendant's initial appearance. On December 17, the parties appeared for identification of counsel and entry of pleas. At that time, the parties requested, and the Court agreed, to hold a detention hearing on December 21, 2009. The matter was set for January 14, 2010 for an initial appearance in district court. The parties requested that time between December 17, 2009,

1  through January 14, 2010, be excluded under the speedy trial act, 18 U.S.C. § 3161, to afford
2  adequate preparation of counsel and assure continuity of counsel. The parties agree that, taking
3  into account the public interest in prompt disposition of criminal cases, good cause exists for this
4  extension.
5      The defendant also agrees to exclude for this period of time any time limits applicable
6  under 18 U.S.C. § 3161. The parties represented that granting the continuance was the
7  reasonable time necessary for continuity of defense counsel and effective preparation. 18 U.S.C.
8  § 3161(h)(7)(B)(iv). The parties also agreed that the ends of justice served by granting such a
9  continuance outweighed the best interests of the public and the defendant in a speedy trial. 18
10 U.S.C. § 3161(h)(7)(A).
11 SO STIPULATED:

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: December 17, 2009         /s/
BENJAMIN P. TOLKOFF
Assistant United States Attorney

DATED: December 17, 2009         /s/
GEOFFREY HANSEN
Attorney for TEMMY EDIA

//
//
//
//
//
//
//
//
//

STIP. & [PROPOSED] ORDER EXCL. TIME
US v. EDIA; CR 09-1145 JSW                                                            2

1   For the reasons stated above, the Court finds that the exclusion of time from December
2   17, 2009, through January 14, 2010, is warranted and that the ends of justice served by the
3   continuance outweigh the best interests of the public and the defendant in a speedy trial. 18
4   U.S.C. §3161 (h)(7)(A); FRCP 5.1(d). The failure to grant the requested continuance would
5   deny the defendant effective preparation of counsel, and would result in a miscarriage of justice.
6   18 U.S.C. §3161(h)(7)(B)(iv).

8   SO ORDERED.

10  DATED: 12/18/09

    HONORABLE
    United States Magistrate Judge

    [Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Joseph C. Spero]